UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: '22 MJ01360 |
|---|---|
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | Title 21 U.S.C. §§ 952 and 960 |
| Gerardo FERNANDEZ LEYVA, | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

COUNT 1

On or about April 15, 2022, within the Southern District of California, Gerardo FERNANDEZ LEYVA, did knowingly and intentionally import a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

COUNT 2

On or about April 15, 2022, within the Southern District of California, Gerardo FERNANDEZ LEYVA, did knowingly and intentionally import a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent Michael Hope
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 18th of April 2022.

_____
HON. MITCHELL D. DEMBIN
U.S. MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, Special Agent Michael Hope, declare under penalty of perjury, the following is true and correct:

On April 15, 2022, at approximately 3:00 PM, Gerardo FERNANDEZ LEYVA, ("FERNANDEZ"), a border crosser and Mexican national, applied for entry into the United States from Mexico through the San Ysidro Port of Entry in vehicle lane #10. FERNANDEZ was the driver, sole occupant, and registered owner of a 2010 Ford Mustang ("the vehicle") bearing Mexican license plates.

A Customs and Border Protection Officer received two negative Customs declarations from FERNANDEZ. FERNANDEZ stated he was crossing the border to go to San Ysidro, California. The officer inspected the vehicle and found packages concealed within the passenger side quarter panel. The officer referred the vehicle to the vehicle secondary area for further inspection.

A Canine Enforcement Team was conducting secondary inspection operations when the Human and Narcotic Detection Dog alerted to the dashboard of the vehicle.

Further inspection of the vehicle resulted in the discovery of 91 total packages concealed in the dashboard and trunk area of the vehicle. 77 of the packages contained a substance, a sample of which field tested positive for the characteristics of fentanyl, with a total approximate weight of 29.94 kgs (66.0 lbs);

14 of the packages contained a substance, a sample of which field tested positive for the characteristics of methamphetamine, with a total approximate weight of 7.94 kgs (17.5 lbs).

FERNANDEZ was placed under arrest at approximately 6:05PM.

During a post-Miranda interview, FERNANDEZ denied knowledge that the narcotics were in the vehicle. FERNANDEZ stated that he was going to Plaza Las Americas outlet mall to go shopping. FERNANDEZ stated he had not used the vehicle for a week prior to his attempted crossing, and the vehicle had been stored at his neighbor's house.

FERNANDEZ was arrested and charged with a violation of Title 21, United States Code, 952 and 960, importation of a controlled substance.

Executed on April 15, 2022, at 11:34PM.

_____

Michael Hope, HSI Special Agent

On the basis of the facts presented in this probable cause statement consisting of 2 pages, I find probable cause to believe the defendant, Gerardo FERNANDEZ LEYVA named in this probable cause statement, committed the offense on April 15, 2022, in violation of Title 21 USC 952 and 960, Unlawful Importation of a Controlled Substance.

_____      7:54 AM, Apr 16, 2022
HON. MITCHELL D. DEMBIN                Date/Time
United States Magistrate Judge